In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00093-CR
_____

KELLY SUE DAWS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 18-29245

MEMORANDUM OPINION

Appellant Kelly Sue Daws filed a motion to dismiss this appeal, in which she states that the trial judge signed an unopposed motion granting new trial, which vacated the judgment from which Daws appealed. Daws filed this motion voluntarily prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The judgment from which Daws appealed no longer exists. We grant the motion and dismiss the appeal.

1

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on May 7, 2019
Opinion Delivered May 8, 2019
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.